## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SALVATORE T. INCARDELLA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 12-CV-142-JPG-PMF |
| SCOTT R. BUESCHER, | ) |
| Defendant. | ) |

### JUDGMENT IN A CIVIL CASE

The Court having received a Stipulation for Dismissal signed by all counsel of record advising this Court that the above action has been settled; and/or having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

**DATED:** May 29, 2013

NANCY J. ROSENSTENGEL, Clerk of Court

By:   *s/Jina Hoyt,*
           Deputy Clerk


**APPROVED:** *s/J. Phil Gilbert*
               J. PHIL GILBERT
               U.S. DISTRICT JUDGE